District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.N., <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-01920-JLR <br><br> STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER <br><br> Noted for Consideration: <br> May 9, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

STIPUALTED MOTION TO DISMISS
[Case No. 2:24-cv-01920-JLR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 12th day of May, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | HEADINGS IMMIGRATION LAW PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov<br><br>*Attorneys for Defendants* | *s/ Emily Headings*<br>EMILY HEADINGS, WSBA# 33106<br>Headings Immigration Law PLLC<br>7511 Greenwood Avenue N, #526<br>Seattle, Washington 98103<br>Phone: 206-637-8398<br>Email:  emily@headingslaw.com<br>*Attorneys for Plaintiff* |

*I certify that this memorandum contains 76 words, in compliance with the Local Civil Rules.*

STIPUALTED MOTION TO DISMISS
[Case No. 2:24-cv-01920-JLR] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The case is dismissed without prejudice with each party to bear their own fees and costs.

It is so **ORDERED**.

DATED this 12th day of May, 2025.

_____
JAMES L. ROBART
United States District Judge

STIPUALTED MOTION TO DISMISS
[Case No. 2:24-cv-01920-JLR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800